■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. SMITH, Appellant. [641 NYS2d 549] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (West, J.), rendered June 22, 1992, convicting him of criminal possession of a controlled substance in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence was not preserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 20). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Rumble,* 45 NY2d 879). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contention is without merit. Mangano, P. J., Miller, Ritter and Hart, JJ., concur.